MICHAEL KATSORIS, Respondent, v. DURHAM HOUSE, INC., et al., Defendants, and FRANCES LEVINE et al., as Administrators of the Estate of ISIDORE LEVINE, Deceased, Appellants.— Appeal by defendants Frances Levine and Marvin Levine as administrators of the estate of Isidore Levine, deceased, from an order of the County Court, Greene County, granting summary judgment to the plaintiff in a foreclosure action, and striking out said defendants' amended answer. The plaintiff presented upon the motion complete documentary evidence which clearly entitled him to judgment unless a defense were established by evidentiary matter. The answering affidavits are replete with hearsay, conclusions and unsupported charges. No evidentiary matter was produced which was sufficient to defeat the action. Upon the papers before it, the County Court properly decided the motion. Order and judgment unanimously affirmed, with costs. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.

In the Matter of the Estate of GEORGE SCHAFER, Deceased. WILHELMINA S. SCHRADER, Appellant; ELIZABETH L. SCHAFER, as Administratrix of the Estate of GEORGE SCHAFER, Deceased, Respondent.— Appeal by petitioner-appellant from an order of the Surrogate's Court of Saratoga County which dismissed her petition to revoke the letters of administration issued to respondent in the estate of George Schafer, deceased. Respondent is the widow of the decedent, but she had lived separate and apart from decedent for nearly thirty years prior to his death. The application to revoke letters of administration issued to her was based upon the theory that she had abandoned him (Decedent Estate Law, § 87; Surrogate's Ct. Act, § 118). The Surrogate's Court held that respondent was not disqualified to serve as administratrix by reason of abandonment or for any other cause. We think this decision was correct. The proof taken was not sufficient to sustain a finding of abandonment. More than the mere fact of separation must be shown, and the burden of proof is on the party who asserts the abandonment (*Williams* v. *Williams,* 130 N. Y. 193; *Matter of Maiden,* 284 N. Y. 429). Order unanimously affirmed, without costs. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.